Decided October 13, 1994

EUGENE WRINN *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 464 (AC 12415), is granted, limited to the following issues:

"1. In the circumstances of this case, should the trial court have instructed the jury in accordance with Connecticut General Statutes § 14-240?

"2. If the first question is answered in the affirmative, does the failure to so charge require a new trial?"

The Supreme Court docket number is SC 15085.

*Karen L. Murdock, Wesley W. Horton* and *Michael S. Taylor,* legal intern, in support of the petition.

*Philip F. von Kuhn,* in opposition.

Decided October 13, 1994